48

Allison Kidd–Miller, Department of Justice, Washington, DC, for Respondent.

Joel C. Golden, San Diego, CA, for Petitioner.

## ORDER

Counsel having failed to become a member of the bar of this court as required by the Federal Circuit Rule 46, it is

ORDERED that the appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Armando DIAZ, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7145.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Lawal Momodu, Gaithersburg, MD, for Claimant–Appellant.

Joshua E. Kurland, Department of Justice, Washington, DC, Martie S. Adelman, David J. Barrans, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

**Reynold Richard DeSANTO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3049.

United States Court of Appeals, Federal Circuit.

March 5, 2010.

